FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 30 2024 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

__Darnell Green__

Plaintiff,

[Insert full name of plaintiff/prisoner]

REC'D IN PRO SE OFFICE
APR 30 '24 PM 12:04

**CIVIL RIGHTS COMPLAINT**
42 U.S.C. § 1983

JURY DEMAND

YES_____ NO _____

24-cv-03267-NCM

-against-

__T. Ahmbrster, Nurse Practitioner__
__Officer Reed,__
__Officer Daddezio,__
__Officer John Doe,__

Merle, J
Bloom, MJ

Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I. **Parties**: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff __Green, Darnell__

If you are incarcerated, provide the name of the facility and address:

__Green Haven Correctional__
__P.O. Box 4000__
__Stormville N.Y. 12582-4000__

Prisoner ID Number: __07-B-0547__

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: T. Ahnbrster

Job Title: Nuse practitoner

Address: Sullivan Correctional facility
P.O Box 116
Fallsburg, New York 12733-0116

Defendant No. 2

Full Name: Officer, Reed

Job Title: Correctional Officer

Address: Sullivan Correctional Facility
P.O Box 116
Fallsburg, New York 12733-0116

Defendant No. 3

Full Name: Officer, Daddezio

Job Title: Correction Officer

Address: P.O Box 116
Fallsburg, New York 12733-0116

2

Work Address

City                State              Zip Code

**Defendant No. 3:**

Name (Last, First)

Job Title

Work Address

City                State              Zip Code

**Defendant No. 4:** Officer John Doe,
Name (Last, First)

Correctional officer
Job Title

Sullivan Correctional Facility
Work Address    P.O Box 116

Fallsburg,    New York    12733-0116
City          State         Zip Code

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

On May 3, 2022 a use of excessive force took place At the Sullivan c.f. By the above officers Because I refuse to leave off the Draft Bus. CO. Reed, Co. DAddezio and co. "John Doe" had Taken me off the Bus By force In To a hallway Then started punching me In the face and Bent My right Leg and kicking me. June 2022. at Sullivan X-ray took place Because I had Suffered a Leg Injury [Quadricep [Atrophy]. the X-ray seen Black spots on My Bone tissue. Do to Trauma. I also were told that I had Tumor Treatmet was physical therapy MAr 2023

V.  **STATEMENT OF CLAIM(S)**

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

### FIRST CLAIM

Plaintiff Raises claims under the Eighth Amendment based on the use of excessive force.

### SECOND CLAIM

Deliberate Indifference to a serious Medical need

### THIRD CLAIM

## VI. RELIEF REQUESTED

State briefly what relief you are seeking in this case.

As relief, plaintiff seek 3.5 million and punitive Damages.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 19, 2024       Darnell Green
                            Plaintiff's signature
                            (All plaintiffs must sign the complaint)

(revised 10/2/16)

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff: **Dutchess**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Sullivan**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [✓] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [✓] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [✓] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | [✓] 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | 710 Fair Labor Standards Act | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 720 Labor/Management Relations | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 740 Railway Labor Act | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 751 Family and Medical Leave Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 790 Other Labor Litigation | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | 791 Employee Retirement Income Security Act | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | 864 SSID Title XVI | 891 Agricultural Acts |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | | 865 RSI (405(g)) | 893 Environmental Matters |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [✓] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**42 U.S.C.A § 1983**

Brief description of cause:
**Eighth Amendment based on excessive ~~assault~~, Deliberate Indifference**

## VII. REQUESTED IN COMPLAINT:

[✓] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [✓] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE **There are no related cases**
DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE

| NEW YORK STATE Corrections and Community Supervision | GRIEVANCE NO. SUL-0142-22 | DATE FILED 5/17/22 |
|---|---|---|
| | FACILITY SULLIVAN | POLICY DESIGNATION I |
| INCARCERATED GRIEVANCE PROGRAM SUPERINTENDENT RESPONSE | TITLE OF GRIEVANCE ALLEGED PUNCHED IN THE FACE | CASE CODE 49 |
| | SUPERINTENDENT'S SIGNATURE [signature] | DATE |
| GRIEVANT GREEN, D | DIN 07B0547 | HOUSING UNIT BS-209 |

Grievance SUL-0142-22 has been investigated by security supervisory staff at this facility. Investigation reveals allegations made by the grievant against staff to be meritless and unfounded as the grievant was unable to provide witnesses or additional information to coincide with allegations. Staff mentioned in complaint have gone on written record denying any type of unprofessional work practices or conduct towards the grievant.

Based on the above and the absence of information corroborating the allegation of staff misconduct, this grievance is denied.

**APPEAL STATEMENT**

If you wish to appeal the above decision of the Superintendent, please sign below and return this copy to the IGRC at the facility where the grievance was filed. You have seven (7) calendar days from receipt of this notice to file your appeal.* Please provide a reason why you are appealing this decision to CORC.

*Grievant complaint aren't Meritless*

_Darnell Green_                           June 16, 2022
GRIEVANT'S SIGNATURE                       DATE

_[signature]_                              6/17/22
GRIEVANCE CLERK'S SIGNATURE                DATE

*An exception to the time limit may be requested under Directive #4040, section 701.6 (g)

Form 2133 (12/21)

Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582-4000

Legal Mail

United State District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn, N.Y. 11201.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2024 ★
BROOKLYN OFFICE

To: Clerks Office

New York State
Department of Correction Community Supervision
Incarcerated Individual Correspondence Program
Name: Darnell Green DIN 07-B-0547