UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DArnell Green 07-B-0547

Write the full name of each plaintiff.

7:24 CV 03627-CS

(Include case number if one has been assigned)

**AMENDED COMPLAINT**
(Prisoner)

-against-

T. Ahmbrster,
Officer Reed,
Officer Daddezio,
Officer D. Prescott,

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

Do you want a jury trial?
☐ Yes  ☒ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16



RECEIVED JUL 15 2024 U.S.D.C. S/D

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

DARnell _____ Green _____
First Name      Middle Initial      Last Name

none
State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Green Haven C.F.
Current Place of Detention

P.O. Box 4000
Institutional Address

Stormville,  _____  N.Y.  _____  12582-4000
County, City        State          Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced prisoner
☐ Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:
First Name: T.
Last Name: Ahmbrster
Shield #: Don't no
Current Job Title (or other identifying information): medical Nurse practitioner
Current Work Address: Sullivan correctional facility, P.O. Box 116
County, City: Fallsburg
State: N.Y.
Zip Code: 12733-0116

Defendant 2:
First Name: 
Last Name: Reed
Shield #: Don't no
Current Job Title (or other identifying information): officer. correctional
Current Work Address: Sullivan C.F 325 Riverside Drive P.O. Box 116
County, City: Fallsburg
State: N.Y.
Zip Code: 12733-0116

Defendant 3:
First Name: 
Last Name: Daddezio
Shield #: Don't no
Current Job Title (or other identifying information): officer. correctional
Current Work Address: Sullivan C.F. 325 Riverside Drive P.O. Box 116
County, City: Fallsburg
State: N.Y.
Zip Code: 12733-0116

Defendant 4:
First Name: Daryl
Last Name: Prescott
Shield #: Don't no
Current Job Title (or other identifying information): officer, correctional
Current Work Address: Sullivan C.F. 325 Riverside Drive P.O. Box 116
County, City: Fallsburg
State: N.Y.
Zip Code: 12733-0116

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Sullivan C.F.

Date(s) of occurrence: May 3, 2022.

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

on 5/3/2022. I refuse to leave off the draft Bus because of the issue I had there in the passed with officers and prisoner retaliation pending Law suit. officers reed CO Daddezio, CO Prescott, had taken me off the Bus by use of force and in to a Hallway then start punching me in the face and was siting on bending and kicking my right leg knee in the emergency room while I were on the floor. In June 2022 x-ray and a MRI was taken place latter because I had suffered a leg injury with black spots on the bone and a swelling knee. *on 7/21/2022 I seen Nurse Practitioner Ahmbrster she said that I had a Tumor on my bone right where or the same place I had to get physical therapy on because my (R) quadricep were injured Do to Trauma, but latter 5 minutes saying that I Don't have a Tumor. Ahmbrster order for me to be seen by orthopedic

Page 4

consult for farther treatment and medically prescribed a knee sleeve. Nurse Practitioner At Sullivan and Clinton C.F. said that I have a Tumor; I Don't no if its the truth or not. the last time I seen an orthopedic were 10/11/2022. He discuss about raning a faw more Tast to determine the black spots But said I need a biopsy. the first [MRI] was order while I were At Sullivan C.F. and went out for it in July 2022. the "MRI" was supposed of been Because the Black spots. where these Medical people Did a MRI of the wrong thing. on 9/28/2023. I had Finally Got the second MRI regarding those Black spots on My bone tissue and whatever they are showed that My (R) quadricep muscle start to atrophy little by little. This is July 7, 2024. I still hadn't seen an orthopedic and Believe why My health Is suffering because I'am being wrongfully Denied to see the doctor

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Swelling knee ■ (R) quadricep were damage Black spots on bone tissue do to Trauma and face bruising ■ I had received Physical therapy at coxsackie C.F. not Sullivan on 7/21/22. thats when Ahmbrster order a knee sleeve and orthopedic oppintment

**VI. RELIEF**

State briefly what money damages or other relief you want the court to order.

2.5 Million compensatory and punitive Money damages.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

July 7, 2024.
Dated

Darnell Green
Plaintiff's Signature

Darnell — none — Green
First Name — Middle Initial — Last Name

Green Haven C.F. P.O. Box 4000
Prison Address

Stormville, N.Y. 12582-4000
County, City — State — Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: July 7, 2024.

Page 6

Legal Mail

**GREEN HAVEN CORRECTIONAL FACILITY**
P.O. BOX 4000
STORMVILLE, NEW YORK 12582-4000
NAME: DARnell Green   DIN: 07-B0547

RECEIVED
USMS SDNY
JUL 15 2024

united State District Court
Southern District new york
300 Quarropas street
white Plains, new york 10601

To: Clerk of Court

NEOPOST
07/11/2024
US POSTAGE $000.88⁰
FIRST-CLASS MAIL
ZIP 12582
041M11466608