UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
DARNELL GREEN,

                      Plaintiff,

     - against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                     Defendants.
-------------------------------------------------------------------X

No. 24-CV-3627 (CS)

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and the Declaration of Yan Fu and exhibits attached thereto, Plaintiff Darnell Green will move before the Honorable Cathy Seibel, at the Charles L. Brieant Jr. Federal Courthouse, 300 Quarropas Street, White Plains, NY 10601, on a date and time set by the Court for an Order granting Plaintiff's motions in limine precluding Defendants from offering any evidence of, or making any reference to, the following:

1. Plaintiff's criminal convictions;
2. Nonparty witness Reginald Robinson's criminal convictions;
3. Plaintiff's and Mr. Robinson's disciplinary histories;
4. Disciplinary sanctions DOCCS imposed on Plaintiff as a result of the May 3, 2022 incident;
5. A use of force incident that occurred on or around April 18, 2022 at Greene Correctional Facility; and
6. An altercation involving Plaintiff on or around September 16, 2025 at Cayuga Correctional Facility.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to an order by the Court, the deadline to respond to Plaintiff's motions in limine is November 18, 2025.

Dated: New York, NY
November 11, 2025

THE FU FIRM PLLC

By: /s/ *Yan Fu*
Yan Fu
43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
yfu@thefufirm.com

COHEN&GREEN P.L.L.C.

By: /s/ *Regina Yu*
Regina Yu
1639 Centre Street, Suite 216
Ridgewood (Queens), NY 11385
(929) 888-9480
regina@femmelaw.com

*Pro bono counsel for Plaintiff*