UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
DARNELL GREEN,

                        Plaintiff,

- against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                       Defendants.
--------------------------------------------------------------X

24-CV-3627 (CS)

**NOTICE OF MOTIONS**
***IN LIMINE***

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motions *In Limine*, the Declaration of Gabriel Cahn, and all other prior pleadings and proceedings herein, Defendants Brett Reed, Joseph D'Addezio, and Daryl Prescott, through their attorney, LETITIA JAMES, Attorney General of the State of New York, hereby move this Court before the Honorable Cathy Seibel, United States District Judge, in Courtroom 621 of the United States Courthouse located at 300 Quarropas Street in White Plains, New York, at a date and time to be determined by the Court, for an Order (1) precluding Plaintiff from offering evidence or testimony about why he refused to exit the transfer bus on May 3, 2022 or about the "CAR" unit at Sullivan; (2) precluding Plaintiff from offering evidence or testimony about unpled or dismissed claims; (3) precluding Plaintiff from offering evidence or testimony about the cause of his leg condition without expert proof; (4) precluding Plaintiff from referring to unrelated instances of DOCCS misconduct or cross-examining Defendants about prior or pending civil lawsuits not involving Plaintiff; (5) precluding Plaintiff from offering the testimony of Reginald Robinson as part of his case in chief; (6) permitting Registered Nurse Megan Gerow to testify remotely; (7) permitting Defendants to impeach Plaintiff and his potential witness on their prior criminal convictions under Federal Rule of Evidence 609; (8) precluding Plaintiff from asking the

jury for a specific dollar amount in damages; and (9) precluding Plaintiff from referring to the potential indemnification of Defendants.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's pre-trial schedule and Rule 3.C.ii of the Court's Individual Practices, any opposition is due on or before November 18, 2025.

Dated: New York, New York
November 11, 2025

                                        LETITIA JAMES
                                        Attorney General of the
                                        State of New York
                                        *Attorney for Defendants*

                                        By:
                                        */s/ Gabriel Cahn*
                                        Gabriel Cahn
                                        Assistant Attorney General
                                        28 Liberty Street, 18th Floor
                                        New York, New York 10005
                                        (212) 416-8570
                                        Gabriel.Cahn@ag.ny.gov

                                        Jennifer Goltche
                                        Assistant Attorney General
                                        28 Liberty Street, 18th Floor
                                        New York, NY 10005
                                        (212) 416-8591
                                        Jennifer.Goltche@ag.ny.gov