UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DARNELL GREEN,

                                    Plaintiff,

- against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                                  Defendants.
-------------------------------------------------------------X

24-CV-3627 (CS)

**DECLARATION OF GABRIEL CAHN**

GABRIEL CAHN, an attorney duly licensed to practice law before this Court, declares the following to be true under penalty of perjury:

1. I am an Assistant Attorney General in the office of LETITIA JAMES, Attorney General of the State of New York, counsel for current employees of the New York State Department of Corrections and Community Supervision ("DOCCS"), Defendants Brett Reed, Joseph D'Addezio, and Daryl Prescott ("Defendants").

2. I am fully familiar with the pleadings in this matter and submit this Declaration in connection with Defendants' memorandum of law in support of their motions *in limine*. True and accurate copies of the following documents are annexed:

    A. Annexed hereto as **Exhibit A** is a true and accurate copy of relevant excerpts of the transcript of Plaintiff's February 3, 2025 Deposition; and

    B. Annexed hereto as **Exhibit B** is a true and accurate copy of the Declaration of Megan Gerow.

    C. Annexed hereto as **Exhibit C** is a true and accurate copy of Plaintiff's DOCCS Incarcerated Lookup Page as of November 7, 2025;

      D.    Annexed hereto as **Exhibit D** is a true and accurate copy of Reginald Robinson's DOCCS Incarcerated Lookup Page as of November 7, 2025.

WHEREFORE, for the reasons stated in the accompanying memorandum of law, Defendants respectfully submits that this Court should grant their motions *in limine*.

Dated: New York, New York
       November 11, 2025

                         LETITIA JAMES
                         Attorney General
                         State of New York
                         *Attorney for Defendants*

                         /s/ *Gabriel Cahn*
                         By: Gabriel Cahn
                         Assistant Attorney General
                         28 Liberty Street
                         New York, New York 10005
                         (212) 416-8570
                         Gabriel.Cahn@ag.ny.gov