Associated Reporters Int'l., Inc.                     www.courtsteno.com

 1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green

 2                        Q.   Okay.  So, at this point, were

 3    there other people still on the bus with you?

 4                        A.   No.

 5                        Q.   So, you're the only one on the

 6    bus?

 7                        A.   Actually, it was. It was Reggie

 8    Robinson because they got to go down the street, the

 9    Woodbourne Medium and he was on there.  So, what they

10    did, once they seem to start getting ready to get out

11    of control, the passenger officer from Green Haven

12    took him and the other kid -- other guy off and put

13    them in the front of the bus.

14                        And they could watch right through the

15    whole windshield.  They could watch right through and

16    see everything.  But that's another story.

17                        Q.   Okay.  So, you told the driver

18    and the officer on the bus that you weren't going to

19    get off the bus?

20                        A.   Yes.

21                        Q.   Is that correct?

22                        A.   Yes.

23                        Q.   And what did you say to them?

24                        A.   I just told him I'm not getting

25    off.  There's a situation happened here with me just

Associated Reporters Int'l., Inc.                                    www.courtsteno.com

```
 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2        recently.  Year after that, the year -- I'm just --
 3        I'm -- I'm -- I'm sick of being here.  I got multiple
 4        complaints sent against this facility.
 5                    The superintendent know, the deps
 6        know, everybody knows what's going on.  They just
 7        keep sending me back here.  I even wrote Chief Judge
 8        Wolford.  Let them know -- let them know out in the
 9        Western District, I even let Mr. Slayton know,
10        assistant attorney general, let him know.  They just
11        kept sending me back there.
12                    Q.   And I know we -- we discussed it
13        a little bit earlier, but when you --
14                    A.   Right.
15                    Q.   -- say what was going on there
16        and why you didn't want to go back --
17                    A.   Yes.
18                    Q.   -- and get off the bus, what --
19        what was the reason?
20                    A.   Well, the reason -- the reason
21        why I didn't want to go off the bus because I knew
22        what I had to go through there with those officers
23        there.
24                    Q.   Okay.
25                    A.   They -- they said --
```

Associated Reporters Int'l., Inc.                    www.courtsteno.com

 1    Darnell Green v Terri Armbruster – 2-3-25 – Darnell Green

 2                    Q.    Sorry.  No, I didn't mean to

 3    interrupt you.  Go ahead.

 4                    A.    Well, I just don't want to go

 5    back there because of what I've been through with the

 6    officers there.  Enough is enough at that program

 7    where I was at.  It's a chaotic program and it's not

 8    all the officers, just certain officers that I had an

 9    -- had an issue with years ago and they still work

10    there.

11                    Which I just didn't want to be there

12    as far.  I just don't want to be around them.

13                    Q.    And who were the officers that

14    you had an issue with at Sullivan?

15                    A.    Officer Genovese.  And that's who

16    it really started with.  Everything started with him.

17    Me and him got into that fight.  And all his little

18    pals, buddies in him, they all was mad.  They all was

19    pissed off, so they knew that eventually, we going to

20    end up getting his ass.

21                    You know, they already knew what they

22    was going to do.  One of these years or one of these

23    days, they keep sending me back there.  But see, this

24    was the whole giddy up that they was going to

25    continue sending me back to that jail.  It shown up.

800-523-7887                              ARII@courtsteno.com

Associated Reporters Int'l., Inc.                        www.courtsteno.com

 1   Darnell Green v Terri Armbruster – 2-3-25 – Darnell Green

 2                   And his main boy, Officer Reid, they -

 3   - they -- they got it.  They got me.  They got me.

 4   They knew it.  But see, Superintendent Keiser knew

 5   that, though.  He knew because I told him, let him

 6   know everything.

 7                   Q.  So, when you say they were going

 8   to keep sending you back, who's they?

 9                   A.   The S.O.R.C., the O.R.C.  Let's

10   start with Mrs. O.R.C., Ms. Conklin.  She knew Deb

11   Garber.  She's the one that run.  That she's the one

12   that runs.  She's the health services, a mental -- a

13   mental health service photos program.

14                   She run the program down there, you

15   know, and not -- yup, I let her -- I let her know.

16                   Q.   Okay.

17                   A.   I even let --

18                   Q.   Sorry, go head.

19                   A.    I even let certain staff know

20   that too.  Can you please transfer me out and for I

21   never come back here.  I put my grievance in.  All my

22   grievance, I filed against them.  I filed so many

23   grievances I can't even count, lost track.

24                   Q.   So, the people that who -- they,

25   who you mentioned, the S.O.R.C., the O.R.C., Garber,

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 103

```
 1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green

 2         Conklin, they -- where did -- what facility did they

 3         work at?

 4                        A.   There.  Well, Deb Garber, she's

 5         the dep, the dep -- the dep of health of that

 6         program.

 7                        Q.   Okay.

 8                        A.   She runs the program.  And --

 9                        Q.   So, there meaning Sullivan or

10         Green Haven?

11                        A.   Yeah, Sullivan Rehabilitation CAR

12         Program.

13                        Q.   Okay.  Okay.  So, let's go back

14         to what happened on the bus.  You mentioned that

15         everyone was taken off the bus, but you were still on

16         the bus, and they went to go -- more officers then

17         came to the bus.  Is that correct?

18                        A.   Yes.

19                        Q.   Okay.  So, what happened next?

20                        A.   Well, he told me to -- he -- he -

21         - he told me to --

22                        Q.   Who's he?

23                        A.   Well, Officer Reid.  He always

24         involved.  Now at this point, I'm still got the --

25         the black box, the waist chain, the sha -- I still
```

Associated Reporters Int'l., Inc.                    www.courtsteno.com

1    Darnell Green v Terri Armbruster – 2-3-25 – Darnell Green

2                        A.   Because he -- he was turning

3    sideways as I was -- as they had me.  He's turned

4    like sideways and end up behind me now.  So they all,

5    like, use force to try to get me towards the front of

6    the bus.

7                        Q.   Okay.

8                        A.   It took a while.  It took a while

9    -- it took a while for them to get me.  To get me.

10                       Q.   How long -- how long did it take

11   for you to get on the bus?

12                       A.   To get me -- to get me to

13   medical?  The whole thing?

14                       Q.   No, just to get off the bus?

15                       A.   Took almost ten minutes.

16                       Q.   Ten minutes from when?

17                       A.   Oh, almost ten minutes.  I'll say

18   about eight, seven, eight.

19                       Q.   Okay.  And just, just to -- so

20   I'm clear, starting from when they were physically

21   touching you, it took eight minutes or --

22                       A.   Right.

23                       Q.    -- okay.

24                       A.   Right.  And then -- and then you

25   can put another -- another seven minutes on that all

800-523-7887                              ARII@courtsteno.com

Associated Reporters Int'l., Inc.                                    www.courtsteno.com

Page 119

```
 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2        together should have ran around about twenty/twenty-
 3        two minutes, twenty-three minutes for them to get me
 4        from there to medical.
 5                          Q.   Okay.
 6                          A.   Because I put up a fight.  I
 7        wasn't going, no.  I wasn't going easy and damn sure
 8        wasn't trying to hurt them officers.  I'm staying in
 9        my position and ain't going.  I make it hard for
10        them.  I either kept pulling or try to run back the
11        other way, and they all kept pushing me.
12                          Ain't no, yeah, I'm just, but you,
13        what I don't understand because if it's nine ten
14        officers, the only thing they could have did was all
15        just grab me and pick me up and carry me out there.
16                          Q.   Okay.  So at some point did you
17        exit the bus?
18                          A.   Yes, I did, yes.
19                          Q.   Okay.  And how did -- how did
20        that take place?
21                          A.   Well, they got me down towards
22        the, where the steps set and they didn't push me down
23        the steps right there because you still had the
24        prisoners that's going to the other facility.  So
25        they all watching, but they got me down.
```

800-523-7887                                              ARII@courtsteno.com

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 127

1    Darnell Green v Terri Armbruster – 2-3-25 – Darnell Green

2         know, get off the bus now, no hassle for nothing.

3         Don't happen, you know, fucking, you know, going up

4         to the facility.

5                    Q.   Okay.  And did --

6                    A.   But when I refuse, that's when

7         they start getting other officers.

8                    Q.   Okay.  And did they give you an

9         option to stay on the bus?

10                   A.   I mean, I would say I gave myself

11        the option like if I refused to get off the bus.

12                   Q.   Did you -- by, like, when you

13        were refusing to get off the bus?

14                   A.   Yes.

15                   Q.   Did you understand that --

16        understand that to be going against what was being

17        direct -- you were being directed to do?

18                   A.   Yes.  Yeah.  Right.  You're not

19        following order --

20                   Q.   Okay.

21                   A.    -- of the institutions.  I'm --

22        I'm aware of that.

23                   Q.   Okay.  And in your -- in your

24        experience, when you're not following orders in an

25        institution, you know, does that lead to -- to uses

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 162

 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green

 2                      A.   Yes.

 3                      Q.   And you also mentioned that you

 4   told the nurse who came to look at you before that

 5   about the incident that had just transpired.  Is that

 6   correct?

 7                      A.   No, she didn't ask.

 8                      Q.   She didn't ask, sorry.  And so --

 9   but -- so you didn't tell her what had just happened?

10                      A.   No.

11                      Q.   Okay.

12                      A.   I'm quite sure she already knew.

13   She figured it out seeing, use of force happened.

14                      Q.   Okay.  So --

15                      A.   Yes, she realized that the use of

16   force happened, yes.

17                      Q.   Okay.  Other than those two

18   people, did you speak to anyone else at Sullivan

19   regarding the events that occurred on May 3rd, 2022?

20                      A.   Yes, I told Reggie, Reggie

21   Robinson, because he was right there.  He was down in

22   Woodburn.  He seen the whole thing.  He tried to --

23   the officer said, I bit him and I tried to use him as

24   a witness.  And they let me use him as a witness.

25                      And he testified and he said that I'd

```
 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green

 2       never seen him assault this officer, not one bit.  He

 3       didn't bit him, shove him, kick him, nothing and --

 4                    Q.   Go ahead.

 5                    A.   That I was going to say they

 6       still found me guilty.

 7                    Q.   Okay.  And Reggie was one of the

 8       incarcerated individuals standing outside the bus

 9       when you were getting --

10                    A.   Right.

11                    Q.    -- removed from the bus?

12                    A.   Right.  Waiting to go -- yes.

13                    Q.   But did Reggie -- was Reggie

14       there at any point inside the facility once you went

15       inside?

16                    A.   No, not.  No, he was not.

17                    Q.   Okay.

18                    A.   That's why I was telling him

19       about it two days later once I seen him in the

20       isolation room on the one-on-one watch.

21                    Q.   Okay.  I want to drill down on

22       the -- your allegations as to the correction officers

23       that are named as Defendants in this lawsuit.  You

24       mentioned that Officer Prescott was sitting on your

25       legs when they were bent back.  Is that correct?
```

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 191

1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green

2        leg, because that's the only reason I was there for

3        and probably the results that I took with Dr. Guzman

4        because they don't have a doctor.  The doctor -- Dr.

5        Guzman, he's Eastern doctor out there in Ulster

6        County.

7                    They didn't -- they didn't have no

8        doctor there, so they got nurse practitioners.

9        That's what I was -- I was confused of too.  And he

10       was -- she let me know that at that time -- not let

11       me know that they have no doctor, but let me know

12       that I had a tumor at that time.

13                   And then, she was like, I'm going to

14       exclude the tumor and put you in to see the ortho,

15       because it could be a stress fracture as well.

16                   Q.   So, she told you that you had a

17       tumor on your leg?

18                   A.   Right.  And then, she came back

19       three minutes later and said she's going to exclude

20       that until I see the ortho.  I guess they run more

21       tests or whatever the case may be.  That's what I

22       don't understand.

23                   Why would you tell me I have a tumor

24       than, you go and look at somebody or talk to somebody

25       and come back saying I don't.

Associated Reporters Int'l., Inc.                              www.courtsteno.com

Page 192

1    Darnell Green v Terri Armbruster – 2-3-25 – Darnell Green

2                    Q.    Right.

3                    A.    That's why I was going around

4    letting, you know, the doctor in other facility, the

5    ortho, know that the nurse practitioner at Sullivan

6    said that I had a tumor.  And he was like, right now

7    they're excluding tumor.

8                    But we're going to see if you've got -

9    - because you've got thickening around the bone, so

10   we're going to see that, because right now it's

11   osteoporosis.  That's what they revealed.  You suffer

12   from osteoporosis in your leg.

13                   It could be the same, the same one my

14   finger is breaking, my foot probably broke.  I don't

15   know, there's a density in the bone.

16                   Q.    Okay.  But when I first asked you

17   earlier about the black spots on the bone, you said

18   it was, Nurse Armbruster was the first person to tell

19   you that you had black spots on the bone.  Is that

20   correct?

21                   A.    She was the first person that

22   told me I had a tumor.

23                   Q.    Okay.

24                   A.    The black spots on the bone

25   tissue.

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 193

```
 1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green

 2                        Q.   So, is the tumor and the black

 3         spots on the bone tissue --

 4                        A.   It's the same, they're all the

 5         same, yeah.

 6                        Q.   Okay.  So, did she say black

 7         spots or did she say tumor or both?

 8                        A.   I believe she said both.

 9                        Q.   Okay.  Sorry, were you saying

10         something?

11                        A.   No, it's alright.

12                        Q.   Okay.  So, I'm just trying to

13         understand better your interaction with Nurse

14         Armbruster on July --

15                        A.   Uh-huh.

16                        Q.   -- 21st, 2022.  You said, you

17         went to see her because you --

18                        A.   She was -- right.  Her first word

19         said, I'm sorry to bring this bad news to you, but

20         you have a tumor --

21                        Q.   Okay.

22                        A.   -- on your right leg on the quad

23         -- quadriceps.  M.R.I. showed that I suffer from torn

24         quadriceps tendon with black spots on there on the

25         bone tissue.
```

800-523-7887                              ARII@courtsteno.com

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 194

```
 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2                    You got five kilometers -- five
 3        kilometers inch of black spots.  So, the ortho said
 4        that I'm going to suggest for you to be put back in
 5        to get an M.R.I. of the upper femur and they still
 6        haven't done it.
 7                    Q.   Okay.
 8                    A.   So --
 9                    Q.   The ortho, is that someone you
10        saw after you saw Nurse Armbruster?
11                    A.   Right, right.  His name is -- his
12        name is -- well, his name is right there.
13                    Q.   Right where?
14                    A.   Right there.
15                    Q.   Okay.  We don't need to look at
16        the doctor.
17                    A.   That's why I said, yeah, that's
18        why.
19                    Q.   Okay.  I appreciate you.  So, who
20        referred you to see that ortho that you saw after?
21                    A.   Nurse Armbruster, yeah -- yes,
22        she put the -- what's the name, yes.
23                    Q.   Okay.  And so other than
24        referring you to this ortho, is there anything else
25        that she told you to do or not do?
```

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 201

```
 1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2                        Q.   Uh-huh.  And when you say the
 3         five centimeter --.
 4                        A.   It's kilometer, yeah.
 5                        Q.   Yeah.
 6                        A.   That's how -- basically how what
 7         it is, it's not just a black spot, little black spots
 8         are killing me, like -- like three inches or two
 9         inches, like that.
10                        Q.   And where on -- where on your leg
11         is it?
12                        A.   Well, it's the same where the
13         quadriceps was torn at.  Torn quadriceps tendons and
14         --
15                        Q.   On your -- and is that was on
16         your right or left leg?
17                        A.   My right leg, right near the knee
18         right there, the quad right there.  And it's funny
19         because I got a quadriceps atrophy.  This probably
20         was all the same -- all the same injury at once.  I
21         probably -- I suffered two injuries at one time.
22                        It's a quadriceps -- I've never had a
23         quadriceps atrophy, never and now --
24                        Q.   And who diagnosed you with a
25         quadriceps atrophy?
```

800-523-7887                                      ARII@courtsteno.com

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 207

```
 1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green

 2         Coxsackie on the 15th of September, 2022.

 3                        Q.   Okay.  You said that Nurse

 4         Armbruster gave you a permit and prescribed you for a

 5         knee sleeve.  Is that correct?

 6                        A.   Yes, I got it on right now.

 7                        Q.   You still use that?

 8                        A.   Yeah.  I need a new one.  I got

 9         to -- I had it too long now.

10                        Q.   Okay.  And you said also that she

11         told you to not play sports or exercise.  Is that

12         correct?

13                        A.   Right.

14                        Q.   And have you -- did you follow

15         her instruction?

16                        A.   Yes, I have.

17                        Q.   Okay.

18                        A.   There's nothing I can do anyways.

19         It got worse, sir.

20                        Q.   Uh-huh.  And as of today, what do

21         you understand the issue to be with your right leg?

22                        A.   Only if you knew.  Well, what it

23         is, it locks up.  If it's locked up, the bones and

24         the whole leg, the soft tissue, everything is locked

25         up and it's completely numb, it's numb.
```

Associated Reporters Int'l., Inc.                                    www.courtsteno.com

```
 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2                       In the bottom of my foot -- the side
 3      of my foot, where my big toe is at off on the side,
 4      where that little heel at -- that little hunch right
 5      there, all that right there, I can't even walk like
 6      that.  I got to walk sideways.
 7                  Q.   On the side of your foot?
 8                  A.   I got to walk on the side of the
 9      foot.  I walk on the side of the foot.  I can't walk
10      flat.  When you walk it bend like that, it won't do
11      that.  It won't --
12                  Q.   Did you have any issues with your
13      right quad, knee or foot prior to May 3rd, 2022?
14                  A.   No.  They put me in for physical
15      therapy.  When the ortho seen me, put me right in for
16      physical therapy.  I did the physical therapy, still
17      a lot of pain, still numbness.
18                  Q.   When -- sorry, when -- when --
19      who -- who put you in for physical therapy?
20                  A.   The ortho.
21                  Q.   The ortho you saw in October
22      2022?
23                  A.   Yes.  Because he said the x-rays
24      -- the x-rays or the M.R.I. -- the x-rays, whatever
25      they revealed that I had a torn tendon.
```

800-523-7887                                    ARII@courtsteno.com