UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DARNELL GREEN,

                            Plaintiff,

              - against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                            Defendants.
-------------------------------------------------------------- X

24-CV-3627 (CS)

**AFFIDAVIT OF MEGAN GEROW**

I, MEGAN GEROW, hereby declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a Registered Nurse ("RN") currently living and working in San Diego, California.

2.     I was formerly employed by the New York State Department of Corrections and Community Supervision ("DOCCS") and worked as an RN at Sullivan Correctional Facility ("Sullivan").

3.     I was working for DOCCS as an RN at Sullivan on May 3, 2022, and treated Darnell Green.

4.     I am not a party in this action.

5.     I have been made aware that there is a trial scheduled to begin in this matter on Monday, December 1, 2025 in White Plains, New York.

6.     It is my understanding that my testimony could be relevant, and that there is a preference that I testify in person at trial.

7.     Unfortunately, I suffer from certain medical conditions that would make it incredibly burdensome and painful for me to travel across the country for the upcoming trial.

8. Specifically, I suffer from osteoarthritis in my bilateral knee joints, back, and neck, and the pain that I experience as a result of this condition is exacerbated in cold climates. This is especially true since I fractured my right patella in December 2022, and as a result of the current treatment I receive for a crush injury to my right forearm that may need surgical intervention in the near future.

9. This is a major reason why I now live in southern California.

10. Beyond my medical conditions, I also have an in-person, independent provider evaluation scheduled in California for 8:00am on Wednesday, December 3, 2025.

11. This evaluation is required for my own pending workers compensation claim for New York State.

12. This evaluation was assigned to me by a third party for my workers compensation case, and therefore I have very little control over the appointment time, date, or location, and any further delay will directly affect my everyday life.

13. I am extremely concerned that traveling across the country for the upcoming trial will impact my ability to make my upcoming appointment.

14. For these reasons, I am submitting this affidavit in support of Defendants' motion asking that I be permitted to testify remotely from California during the upcoming trial.

Dated: October 27, 2025

*Megan Gerow.*
Megan Gerow.
Registered Nurse and Retired DOCCS Employee