An official website of New York State.
Here's how you know



## Department of Corrections and Community Supervision

Find an offender → Incarcerated Lookup

# Incarcerated Lookup

[Start a New Search](#)

## GREEN, DARNELL

**DIN:** 07B0547

| Race/Ethnicity: | Date of Birth: | (age): |
|---|---|---|
| BLACK | 1982 | 43 years old |

| | |
|---|---|
| **Custody Status:** | RELEASED |
| **Housing / Releasing Facility:** | CAYUGA |
| **County of Commitment:** | ERIE |
| **Date Received (original):** | 02/20/2007 |
| **Date Received (current):** | 02/20/2007 |
| **Admission Type:** | |
| **Latest Release Date / Type (Released Only):** | 10/16/25 PAROLE - COND REL TO PAROLE |

**Crimes of Conviction:** If all crime fields below contain data, there may be additional crimes not shown here. The crimes shown here are those with the longest sentences as of 11/07/2025)

| Crime | Class |
|---|---|
| MANSLAUGHTER 1ST | B |
| CRIM POSS CONTR SUBSTANCE 4TH | C |
| | |
| | |

## Sentence Terms and Release Dates

Under certain circumstances, an incarcerated may be released prior to serving their minimum term and before the earliest release date shown for the individual. As of 11/07/2025

| | |
|---|---|
| **Aggregate Minimum Sentence** | 0 Years, 0 Months, 0 Days |
| **Aggregate Maximum Sentence** | 20 Years, 0 Months, 0 Days |
| **Earliest Release Date** | |
| **Earliest Release Type** | |
| **Parole Interview Date** | 03/2023 |
| **Parole Interview Type** | RELEASE CONDITIONS |
| **Parole Eligibility Date** | |

| | |
|---|---|
| **Conditional Release Date** | 10/19/2025 |
| **Maximum Expiration Date** | 03/19/2026 |
| **Maximum Expiration Date for Parole Supervision** | |
| **Post Release Supervision Maximum Expiration Date** | 10/16/2030 |
| **Parole Board Discharge Date** | |

Information Data Definitions are provided for most of the elements listed above.

**Department of Corrections and Community Supervision**

Accessibility    Contact    Disclaimer

Language Access    Privacy Policy

- Agencies   App Directory   Counties   Events   Programs   Services