An official website of New York State.
Here's how you know ⌄



## Department of Corrections and Community Supervision

Find an offender → Incarcerated Lookup

# Incarcerated Lookup

[Start a New Search](#)

[< Back to Search Results](#)

### ROBINSON, REGINAL

**DIN:** 14A2591

| | | |
|---|---|---|
| **Race/Ethnicity:** | **Date of Birth:** | **(age):** |
| BLACK | ▇▇▇ 1960 | 65 years old |
| **Custody Status:** | | RELEASED |
| **Housing / Releasing Facility:** | | FISHKILL |
| **County of Commitment:** | | WESTCHESTER |
| **Date Received (original):** | | 06/16/2014 |
| **Date Received (current):** | | 06/16/2014 |
| **Admission Type:** | | |
| **Latest Release Date / Type (Released Only):** | | 07/23/25 PAROLE DIV OF PAROLE |

**Additional commitments to NYS DOCCS**
**Scroll down to view all**

| DIN | Name |
|---|---|
| 14A2591 | ROBINSON, REGINAL |
| 04A6266 | ROBINSON, REGINALD |
| 91A2947 | ROBINSON, REGINALD |

**Crimes of Conviction:** If all crime fields below contain data, there may be additional crimes not shown here. The crimes shown here are those with the longest sentences as of 11/07/2025)

| Crime | Class |
|---|---|
| ATT BURGLARY 2ND SUB 2 | D |
| | |
| | |
| | |

## Sentence Terms and Release Dates

Under certain circumstances, an incarcerated may be released prior to serving their minimum term and before the earliest release date shown for the individual. As of 11/07/2025

| | |
|---|---|
| **Aggregate Minimum Sentence** | 12 Years, 0 Months, 0 Days |
| **Aggregate Maximum Sentence** | LIFE |
| **Earliest Release Date** | |
| **Earliest Release Type** | |
| **Parole Interview Date** | 11/2025 |
| **Parole Interview Type** | APPROVED OPEN DATE/6 MO AFT INIT APPEAR |

| | |
|---|---|
| **Parole Eligibility Date** | 07/23/2025 |
| **Conditional Release Date** | NONE |
| **Maximum Expiration Date** | LIFE |
| **Maximum Expiration Date for Parole Supervision** | |
| **Post Release Supervision Maximum Expiration Date** | 08/07/2029 |
| **Parole Board Discharge Date** | |

Information [Data Definitions](#) are provided for most of the elements listed above.

**Department of Corrections and Community Supervision**  **Accessibility**  **Contact**  **Disclaimer**

**Language Access**  **Privacy Policy**

- Agencies  App Directory  Counties  Events  Programs  Services