UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DARNELL GREEN,

                                  Plaintiff,

            - against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                                  Defendants.
---------------------------------------------------------------- X

24-CV-3627 (CS)

**DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

       Pursuant to Federal Rule of Civil Procedure 47(a), Defendants Brett Reed, Joseph D'Addezio, and Daryl Prescott ("Defendants"), by their attorney, LETITIA JAMES, New York State Attorney General, respectfully request that the Court ask prospective jurors the *voir dire* questions attached to this letter, in addition to such other generally applicable *voir dire* questions that the Court may ask.

    Dated: New York, New York
           November 18, 2025

                                                            LETITIA JAMES
                                                            Attorney General
                                                             State of New York
                                                            By:

                                                            /s/ *Gabriel Cahn*_____
                                                            Gabriel Cahn
                                                           Jennifer Goltche
                                                           Assistant Attorneys General
                                                           28 Liberty Street, 18th Floor
                                                          New York, NY 10005
                                                           Gabriel.Cahn@ag.ny.gov
                                                           (212) 416-8570
                                                          Jennifer.Goltche@ag.ny.gov
                                                          (212) 416-8591

                                                          *Attorneys for Defendants*

## DEFENDANTS' PROPOSED CASE DESCRIPTION

Plaintiff Darnell Green complains that on May 3, 2022, while he was a prisoner at Sullivan Correctional Facility, he was subjected to excessive force by Defendants Brett Reed, Joseph D'Addezio, and Daryl Prescott. Plaintiff alleges that Defendants' actions violated his rights under the Eighth Amendment of the United States Constitution. Plaintiff is seeking an award of compensatory damages and punitive damages against all three Defendants. Defendants deny that they used excessive force against Plaintiff on May 3, 2022, and assert that any force used was reasonable, proportional, and justified. Defendants seek a judgment in their favor.

## PROPOSED VOIR DIRE QUESTIONS

### **GENERAL QUESTIONS**

1. Do you have any hesitation or unwillingness to accept the rules and instructions that I have already stated?

2. Do you have any physical ailment, medical condition, disability, or personal problems that would prevent you from serving in this case for the duration of the trial?

3. Are any of you taking any medication that might make it difficult for you to give your full attention to the case or that might otherwise interfere with your service as a juror?

4. Do any of you have any difficulty with your sight or hearing that could affect you serving as a juror?

5. Do any of you have any difficulty understanding, speaking, or reading the English language?

6. Do any of you have any religious, moral, philosophical, or ethical beliefs that would prevent you from rendering a verdict in this case?

7. If selected as a juror, you may not allow race, religion, or ethnic background to influence your evaluation of the evidence presented during the trial. Do you have any reservations or hesitations about that?

8. Do you have any doubt that you will be able to apply the law as I explain it even if you disagree with it?

9. Is there anyone here who is not a U.S. citizen?

10. Given the brief description of the allegations I provided you, is there anything about this case that would cause you to believe that you could not consider the evidence fairly and impartially according to law?

11. Do you have any personal knowledge of the claims in this case, other than what I have just described? Have you seen or read anything about this case?

12. Have you ever served as a juror in any court? When and in what court was that? Was it a civil or criminal case? Without telling us what the verdict was, did the jury reach a verdict?

13. Have you ever served as a grand juror?

14. Is there anything about your prior experience as juror that would prevent you from acting as a fair and impartial juror in this case? Would you be able to put out of your mind whatever instructions the court gave during your previous jury service and follow my instructions?

15. Would anything about your experiences with the judicial system affect your ability to render a fair and impartial verdict in this case?

**FAMILIARITY WITH THE PARTIES AND COUNSEL**

1. The Plaintiff in this case is Darnell Green. Do you know, or, to your knowledge, have you had any dealings, directly or indirectly, with Darnell Green, or with any relative, friend or associate of his?

2. The Defendants in this case are employed by the New York State Department of Corrections and Community Supervision ("DOCCS"). Do you know, or, to your knowledge, have you or any family member had any dealings, directly or indirectly, with DOCCS, with Defendants Brett Reed, Joseph D'Addezio, or Daryl Prescott, or with any relative of Defendants?

3. The Plaintiff is represented by Yan Fu, of the law firm The Fu Firm PLLC, and Regina Yu, of the law firm Cohen & Green. Do you know any of these people or have you had any dealings—personal or business—with them or their law firms?

4. The Defendants are represented by Gabriel Cahn and Jennifer Goltche of the Office of the New York State Attorney General. Do you know them or have you had any dealings—personal or business—with them or their office?

5. To your knowledge, have any of your friends, relatives, or associates ever been employed by or had dealings—personal or business—with any of the parties, their attorneys, or the attorneys' offices?

6. Do any of you know me, my courtroom deputy, my law clerk, or anyone else associated with this Court?

2

7. Do you know any other members of the jury panel? As you look around the room, do you recognize anyone you know?

8. Below is a list of people who may be mentioned or who may testify at trial. Do you know or have you heard of any of these people?
    a. Darnell Green
    b. Reginald Robinson
    c. Brett Reed
    d. Joseph D'Addezio
    e. Daryl Prescott
    f. Brian Barlow
    g. Brian Nudelman
    h. John Klosterman
    i. Kenneth Letus
    j. Russell Bailey
    k. Ronald Miller
    l. Megan Gerow

9. Are you familiar with Sullivan Correctional Facility? How?

10. Have you, any close friend, relative, or associate ever been an employee of the State of New York, or any state governmental agency, including DOCCS or the Office of the New York State Attorney General?

11. Does your job cause you to work with any law enforcement office, law enforcement agency, or correctional facility? If so, which office, agency, or facility? What type of interaction do you have with the office, agency, or facility?

12. Have you, or any close friend, relative, or associate had any personal experience or interaction with any law enforcement agency, or any law enforcement officers? By law enforcement officer, I mean a police officer, a sheriff, a parole officer, a correction officer, an FBI agent or anyone who is responsible for enforcing criminal laws.
    a. If yes, would anything about that experience make it difficult for you to be fair and impartial in this case?

13. Have you, or any close friend, relative, or associate ever been arrested or charged with a crime? If yes, would anything about that experience make it difficult for you to be fair and impartial in this case?

14. Have you ever been a victim of a crime? Has anyone in your family ever been a victim of a crime? Would that affect your ability to be fair and impartial?

15. Have you had any experiences with a prosecutor? If yes, would that experience make it difficult for you to be fair and impartial in this case?

16. Have you, members of your family, or your friends ever worked at a prison or jail?

17. Have you, members of your family, or your friends ever been incarcerated in a prison, jail, or correctional facility?

18. The Plaintiff in this case is suing the Defendants in their individual capacities; this is not a suit against DOCCS or the State of New York. That being said, would you be more likely to award money damages to a plaintiff when the defendants are government employees or law enforcement officers?

19. Have you, or has a close friend, relative, or associate ever been involved in a civil or criminal legal proceeding? If so, what kind of case? What was your, or your friend's, relative's, or associate's involvement? Is there anything about that experience that might make it difficult for you to be fair and impartial in this case?

20. Do you now have, or have you ever had, a lawsuit or a claim for compensation against the State of New York or any of its agencies or employees?

21. Have members of your family or close friends ever had such a lawsuit or claim?

22. Have you, or any close friend, relative, or associate ever worked in law enforcement? If so, in what capacity?

23. Have you, or any friend, relative, or associate ever worked in the medical field? If so, in what capacity?

24. Have you ever worked in the legal field?

25. Have you ever practiced law? If so, what kind of law have you practiced?

26. Do you have any relatives, close friends, or associates who are attorneys, judges, or court personnel?

27. Is there anything else that has not been raised today that would prevent you from sitting as a fair and impartial juror in this matter?

**PERSONAL BACKGROUND**

1. What is your age?

2. Where were you born? Where did you grow up?

3. What is your city, town, or village, and county, of residence?

4. How long have you been at that residence? Where else have you resided during the last ten years?

5. How far did you go in school?

6. What sort of work do you do, for how long, and what have you previously done for work? If retired, what sort of work did you do before retirement?

7. Are there other adults in your household? If so, what sort of work do they do? If retired, what did they do prior to retirement?

8. Do you have children? How old are they? If grown, what sort of work do they do?

9. Have you, or has any member of your immediate family, served in the armed forces? If so, what branch and when?

10. Which newspapers, magazines, websites, or blogs do you regularly read?

11. Which radio stations, podcasts, or television shows do you regularly listen to or watch?

12. How do you get your news?

13. Do you use social media (Facebook, Twitter, TikTok, Instagram, Snapchat, YouTube, etc.)? Which platforms? How often?

14. What websites or social media pages do you visit most frequently?

15. Do you have a favorite book or movie? If so, what is it?

16. What do you like to do in your free time?

**TRIAL ADMINISTRATION**

1. Will you agree to avoid reading about this case or the people involved online or in the newspapers, or listening to any radio or television reports concerning the case, until after it is over? If not, please raise your hand.

2. If I instruct you that the Plaintiff has the burden to prove his case, would any of you have difficulty accepting and applying this rule of law? If so, please raise your hand.

3. None of the attorneys in this action are permitted to communicate with you during the trial. As a result, they will not speak to you outside of the courtroom, not even to say, "Good morning." They may even avoid being in an elevator with you. They are not being rude. These are the rules that they must abide by to ensure impartiality. Do not hold this against them or their clients.