UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
DARNELL GREEN,

                                Plaintiff,

             - against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                              Defendants.
------------------------------------------------------------ X

24-CV-3627 (CS)

**DEFENDANTS' PROPOSED VERDICT FORM**

       Pursuant to Federal Rule of Civil Procedure 49(b), Defendants Brett Reed, Joseph D'Addezio, and Daryl Prescott ("Defendants"), by their attorney, LETITIA JAMES, New York State Attorney General, respectfully request that the Court use the proposed verdict form attached to this letter.

       Dated: New York, New York
               November 18, 2025

                                                                LETITIA JAMES
                                                               Attorney General
                                                               State of New York
                                                               By:

                                                               //s/ *Gabriel Cahn*
                                                              Gabriel Cahn
                                                              Jennifer Goltche
                                                             Assistant Attorneys General
                                                             28 Liberty Street, 18th Floor
                                                             New York, NY 10005
                                                             Gabriel.Cahn@ag.ny.gov
                                                             (212) 416-8570
                                                             Jennifer.Goltche@ag.ny.gov
                                                             (212) 416-8591

                                                             *Attorneys for Defendants*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
DARNELL GREEN,                                                  :
                                                                :     24-CV-3627 (CS)
                                  Plaintiff,                    :
                                                                :     [PROPOSED] VERDICT FORM
             - against -                                        :
                                                                :
OFFICER REED, OFFICER DADDEZIO, and                             :
OFFICER D. PRESCOTT,                                            :
                                                                :
                                  Defendants.                   :
--------------------------------------------------------------- X
```

      Your verdict in this case will be determined by your answers to the following questions. Make sure that you read the questions and notes carefully because they explain the order in which the questions should be answered, and which questions may be skipped.

1. Has Plaintiff Darnell Green proven by a preponderance of the evidence that Defendant Brett Reed used excessive force against him on May 3, 2022, in violation of the Eighth Amendment to the U.S. Constitution?

    Yes _____    No _____

2. Has Plaintiff Darnell Green proven by a preponderance of the evidence that Defendant Joseph D'Addezio used excessive force against him on May 3, 2022, in violation of the Eighth Amendment to the U.S. Constitution?

    Yes _____    No _____

3. Has Plaintiff Darnell Green proven by a preponderance of the evidence that Defendant Daryl Prescott used excessive force against him on May 3, 2022, in violation of the Eighth Amendment to the U.S. Constitution?

    Yes _____    No _____

**If you answered "Yes" to Question 1, Question 2, <u>or</u> Question 3, please proceed to Question 4. If you answered "No" to Question 1, Question 2, <u>and</u> Question 3, you have reached a verdict and should proceed to Paragraph 7: Foreperson Signature, where the foreperson should sign and date the form and tell the Court Security Officer that the jury has reached a unanimous verdict.**

4. Do you find by a preponderance of the evidence that Plaintiff Darnell Green is entitled to compensatory damages? If yes, please indicate the amount of compensatory damages to which he is entitled and proceed to Question 6. If you find that Plaintiff is not entitled to compensatory damages, leave it blank and proceed to Question 5.

    Compensatory Award: $_____

5.  If you found that Plaintiff Darnell Green is not entitled to compensatory damages, do you find by a preponderance of the evidence that Plaintiff Darnell Green is entitled to nominal damages? Please note that your award cannot exceed one dollar. After indicating the amount of nominal damages to which Plaintiff is entitled, proceed to Question 6.

    Nominal Award: $_____

6.  If you found that Plaintiff Darnell Green is entitled to compensatory or nominal damages, do you find that Plaintiff Darnell Green is entitled to punitive damages from any Defendant? If yes, please indicate the amount of punitive damages to which he is entitled against any Defendant. If you do not find Plaintiff is entitled to punitive damages against a Defendant, leave the "Amount" space below blank.

    a. Is Plaintiff entitled to punitive damages from Brett Reed?

    Yes _____   No _____        Amount $_____

    b. Is Plaintiff entitled to punitive damages from Joseph D'Addezio?

    Yes _____   No _____        Amount $_____

    c. Is Plaintiff entitled to punitive damages from Daryl Prescott?

    Yes _____   No _____        Amount $_____

7.  **Foreperson Signature.**

**You have reached a verdict. Your deliberations are complete. The foreperson should sign and date the form below and tell the Court Security Officer that the jury has reached a verdict.**

_____          _____
Date                             Foreperson