# The Fu Firm PLLC

43 West 43rd Street, Suite 205
New York, NY 10036
(212) 584-0581
www.thefufirm.com

November 18, 2025

**BY ECF**
Hon. Cathy Seibel
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re:** *Green v. Armbruster*, 24-CV-3627 (CS)

Dear Judge Seibel:

    I am pro bono counsel for Plaintiff Darnell Green. Pursuant to the Court's individual rules, attached please find Plaintiff's proposed verdict form.

                              Respectfully Submitted,

                              */s/ Yan Fu*
                              Yan Fu

cc: Counsel of record (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DARNELL GREEN,

                          Plaintiff,

     - against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                        Defendants.
-------------------------------------------------------------------X

No. 24-CV-3627 (CS)

**VERDICT FORM**

1. Did any of the Defendants violate the constitutional rights of the Plaintiff, Darnell Green, by subjecting him to the use of excessive force?

   a. Brett Reed      YES_____      NO_____

   b. Joseph D'Addezio      YES_____      NO_____

   c. Daryl Prescott      YES_____      NO_____

2. Did any of the Defendants fail to intervene to protect the constitutional rights of Plaintiff Darnell Green?

   a. Brett Reed      YES_____      NO_____

   b. Joseph D'Addezio      YES_____      NO_____

   c. Daryl Prescott      YES_____      NO_____

**If you answered "YES" to any portion of Question #1 or Question #2, proceed to Question #3 and Question #4. If you answered "NO" to each portion of Questions #1 and #2, you have reached a verdict, and the foreperson should sign and date the form on the last page and tell the Court that the jury has reached a verdict.**

3. State the amount that will fairly and adequately compensate Plaintiff for any injury he sustained as a result of Defendants' conduct.

   $ _____

4. Is Plaintiff entitled to punitive damages against any of the Defendants?

   a. Brett Reed         YES_____   NO_____   AMOUNT_____

   b. Joseph D'Addezio   YES_____   NO_____   AMOUNT_____

   c. Daryl Prescott     YES_____   NO_____   AMOUNT_____

**Please have the foreperson date and sign the verdict sheet and tell the Court you have reached a verdict.**

                                                          _____
                                                          FOREPERSON

Dated: December ___, 2025
      White Plains, New York