UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------
DARNELL GREEN,

                      Plaintiff,

   - against -

OFFICER REED, OFFICER DADDEZIO, and
OFFICER D. PRESCOTT,

                      Defendants.
------------------------------------------------------------------X

No. 24-CV-3627 (CS)

**DECLARATION OF YAN FU IN RESPONSE TO DEFENDANTS' MOTIONS IN LIMINE**

I, Yan Fu, declare under penalty of perjury that the following statements are true and correct:

1. I am an attorney admitted to practice before this Court and pro bono counsel to Plaintiff Darnell Green.

2. I submit this declaration in response to Defendants' motions in limine.

3. Attached as Exhibit 1 are excerpts from the transcript of the deposition of Plaintiff Darnell Green.

4. Attached as Exhibit 2 are excerpts from the transcript of the deposition of Defendant Daryl Prescott.

5. Attached as Exhibit 3 are excerpts from the transcript of the deposition of Defendant Brett Reed.

6. Attached as Exhibit 4 are excerpts from the transcript of the deposition of Defendant Joseph D'Addezio.

Dated: November 18, 2025
       New York, New York

                                            */s/ Yan Fu*
                                            Yan Fu