EXHIBIT 1

Associated Reporters Int'l., Inc.                              www.courtsteno.com

Page 51

1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
2                          A.   Yeah, I just put it over here.
3         No, I'm ready.
4                          Q.   Okay.  You were just saying that
5         after you punched the center block wall, you were
6         mentioned it to the superintendent at the time?
7                          A.   Yes.  Because -- well, what they
8         did, they sent me out that night to emergency to go
9         out there to the Catskill Regional Hospital.  And I
10        went out there and they said I got about a fracture,
11        my metacarpal, my hand.
12                         And I came back to the hospital that
13        day and the superintendent came and seen me.  And
14        then Deb Garber, she's the one that runs the program.
15        And she was there when the whole thing happened.  But
16        I let him know that Officer Clyde, which is the
17        supervisor now, that he kept going by with the list.
18                         And he was like, don't worry about it,
19        I'm going to check the video footages and sure
20        enough, he went and checked the video footages and
21        seeing that, he walked by and declined and telling
22        not to go back to that CAR unit and he switched this
23        whole post to go somewhere else.
24                         And it was -- it was another incident
25        happened there too.  I end up getting into with an

Associated Reporters Int'l., Inc.                             www.courtsteno.com

Page 52

```
 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2        officer there and filed a grievance on him.  I even
 3        won the grievance too and they still kept sending me
 4        back there.
 5                       Q.   What was that incident?
 6                       A.   Huh?
 7                       A.   The second incident.  What was
 8        that second incident you mentioned getting into with
 9        an officer about?
10                       A.   Well, you had Officer Genovese,
11        me and him, you know, we didn't see eye to eye
12        because he used to always not give me my, you know,
13        my supplies, like my papers, tissues, soap, and
14        envelopes.
15                       And we was coming back from chow.  I
16        mean from the group setting up there in the school
17        building.  And he's -- and he -- and he -- him -- the
18        off -- the prisoners were saying something to him.
19        And then it's like fifteen of us coming down and he
20        come to me saying I was saying something to him.  I
21        didn't say nothing to you.
22                       Then you know, something ended up,
23        somebody said something that came off the line and
24        they said that I came off the line and we start
25        fighting with the officers.  They end up jumping on
```

Associated Reporters Int'l., Inc.                           www.courtsteno.com

Page 53

1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
2       me.  And next thing you know, I'm sitting back in the
3       box, getting ready to get transferred out of jail or
4       back into the program, so.
5                    Q.  And the program being the CAR
6       program at Sullivan?
7                    A.  Right.  I end up filed the
8       grievance that they jumped on me and they end -- and
9       I end up winning that grievance still, you know.
10                   Q.  And by winning the grievance,
11      when -- sorry, can you just explain what that means?
12                   A.  Well, they accepted.  They
13      accepted through the investigation, through O.S.I.
14      accepting through the -- prior to their investigation
15      of what took place at the incident at that time.  And
16      -- and they -- then I requested my request, so action
17      was for me to be transferred out and never sent back
18      to this place.  But for some reason, they always just
19      kept sending me back there.
20                   And that was in two thousand and --
21      that was in 2017, they (unintelligible) me out and
22      sent me to Green Haven.
23                   Q.  Uh-huh.
24                   A.  But Dep McBarry -- Dep McBarry in
25      Green Haven sent me right back to Dep Garber program

Associated Reporters Int'l., Inc.                    www.courtsteno.com

Page 54

1  Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
2  and send me to a regular SHU.  They kept sending me
3  back to this program, so I tried write everybody, I
4  wrote everybody every day, just kept -- kept sending
5  me there.
6              Q.  Sorry.  And can you -- just to
7  back up a second, can you explain what the
8  differences between being housed in the CAR program
9  and what you're referring to as the regular SHU?
10             A.  Well, I'll start off with the
11 regular SHU.  The regular SHU, it's like you could go
12 in SHU and serve SHU time there, what people who
13 don't have mental health abilities.  Or even if you
14 do got mental health problems, you could probably be
15 a level six or a level five.  You could still be in a
16 regular SHU setting.
17             But they came out with the CAR program
18 because they was housing people -- well, they came
19 out with the Garber program back in 2013 because they
20 was housing people, what, who can't read and write
21 inside these settings.
22             And these normal -- these settings
23 without no program or nothing going on, and these
24 people with mental problems or, you know,
25 disabilities.  So, I guess they end up filing some

Associated Reporters Int'l., Inc.                     www.courtsteno.com

Page 55

1  Darnell Green v Terri Armbruster – 2-3-25 – Darnell Green
2  civil action against them in Manhattan and they end
3  up, you know, winning the civil action, put this
4  incarcerated individual inside, disability inside a
5  rehabilitation setting, which was the CAR program.
6              And that was the only one in the
7  state.  Now they was on the verge to open up another
8  one around that time, but they realizing that the --
9  the -- the program wasn't a -- was not going to
10 expand, people was not getting out of it.
11             It was too much complaints going on,
12 too many prisoners is getting beaten in there, so
13 they end up, I guess, they just closed it down last
14 year at the facility.  I don't know what's going on
15 over there, but that place is a train wreck over
16 there.
17         Q.    Over where?
18         A.    Sullivan.  CAR program.
19         Q.    Okay.
20         A.    Right at the jail.  The jail was
21 good.
22         Q.    Okay. And so, is the -- one of
23 the differences between the CAR program and the
24 regular SHU is -- is who you are kind of housed with?
25         A.    No.  Right.  You done -- you --

800-523-7887                              ARII@courtsteno.com

 1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2        you -- you were there with people who wear pampers,
 3        young twenty-one -- nothing but young twenty-four
 4        year olds.  A bunch of gangbangers there.  Nineteen,
 5        eighteen.  And I was one of the older ones there, you
 6        know.
 7                    When I got there, thirty-five, thirty-
 8        six.  And everybody else is either nineteen, twenty-
 9        one, twenty-three.  They was all young.  And I knew
10        that that wouldn't be my -- my cup of tea, but I
11        tried to still work it out.
12                    But what really took place is because
13        of what I was there for.  I was there for -- they
14        said, which was assault on staff and the officers
15        didn't like that.  So, they're going to give you the
16        full treatment of that.  They're going to give you
17        the full treatment once a day, whether you committed
18        assault on an officer or not.  They're going to give
19        you the full treatment there, so they -- they --
20                    Q.   What do you mean by the full
21        treatment?
22                    A.   Oh, you get the full treatment.
23        You get solution, clean the solution, put in your
24        food.  The prisoners make the food in the -- in the
25        pantry, in the slot pantry down there.  And then

Associated Reporters Int'l., Inc.                                    www.courtsteno.com

Page 57

```
 1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2         yeah.  It's -- it's -- and if you go to the box, they
 3         going to torment you down there, so.
 4                     Q.   Okay.  Other than, like, who you
 5         were housed with, in the CAR versus a regular SHU,
 6         were there any other differences when -- between one
 7         or the other?
 8                     A.   Well, you get a T.V. down there.
 9         You get the T.V., which controlled by security, you
10         know.
11                     Q.   In which one?
12                     A.   Sullivan.
13                     Q.   At the CAR program?
14                     A.   Yes, the CAR program.  I'm sorry
15         about that.
16                     Q.   No, you're good.
17                     A.   You know, and yeah.  You know,
18         you get to come out for programs.  Before they had
19         this R.R.U. program, they had that and people used to
20         come out and do the group setting with the counselors
21         and school teachers.
22                     You know, when it's -- people come
23         down there to see us, you know.  Its good groups and
24         stuff.  We just -- they got a bunch of young kids
25         down there.  Not just the officers, they -- they --
```

Associated Reporters Int'l., Inc.                      www.courtsteno.com

Page 136

1   Darnell Green v Terri Armbruster – 2-3-25 – Darnell Green
2   this point, and correct me if I'm wrong, that started
3   swinging and kicking, is that correct?
4              A.   Yes, they -- yes.
5              Q.   And -- and do you know who was --
6   who was punching you?
7              A.   Reid -- Reid and Officer D.
8              Q.   Okay.
9              A.   D-O-D-D --
10             Q.   Yeah.  And again, just -- we're
11  just, you know, talking.  I just asked you not to
12  refer to any documents in front of you.
13             A.   Okay.  Yup.  Yup.
14             Q.   Okay.  And so Officer Reid and
15  Officer D were punching you at this point?
16             A.   Yes.
17             Q.   Okay.  Where on your body were
18  they punching you?
19             A.   In my face.  In my back.
20             Q.   And they both -- they both were
21  punching you on your face?
22             A.   Yes.
23             Q.   Okay.
24             A.   Officer Prescot was right there.
25  They was punching him, too.  Yeah, he's punching

Associated Reporters Int'l., Inc.                                    www.courtsteno.com

Page 137

1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
2   right by him because he was, like, on the side --
3   like, on the side on my back got me like this, and
4   they was punching right across him.
5                  Q.   Okay.  And how many punches were
6   -- how many times did they punch?
7                  A.   About four or five of them.
8                  Q.   Four or five of them each or
9   together?
10                 A.   No, separate.  Separate
11  occasions.  Like, one to punch me, then like two,
12  three, four seconds go by, the other one to punch me
13  in here, punch me twice.
14                 Q.   Okay.  And you said they were
15  punching you on your face?
16                 A.   Yes.
17                 Q.   Anywhere else?
18                 A.   Yeah, my face was swollen.  Yup.
19                 Q.   Okay.
20                 A.   It was swollen.  They know.
21                 Q.   Sorry, you said they knew?
22                 A.   Yeah, mental health.  Because
23  from there I went directly to medical.  That's when
24  Prescot was on my leg.  That's when they usually
25  another --

800-523-7887                                              ARII@courtsteno.com

```
 1    Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
 2                    Q.    I understand.
 3                    Q.    Okay.  So then what happened when
 4        you stood up?
 5                    A.    Well, when I stood up, that's
 6        when they -- we said, why are you standing up.  Stop
 7        standing up and that's when they -- they realized
 8        that I wouldn't try to sit back down.  That's when
 9        Prescot just took me, went forward and I went
10        tumbling down to the floor and he start sitting on
11        me, man.
12                          Two hundred and thirty-five pound
13        sitting on me on my leg, bent back.  You can't sit on
14        nobody like that.  My leg was bent up and he was
15        sitting on it.  So, you know, you sitting down, your
16        leg go back.  He was sitting on the legs while the
17        legs is bent, right.  It was bent and he was sitting
18        on me.
19                    Q.    So I'm trying to understand, were
20        you on your back or on, like, on your chest?
21                    A.    On my chest.  I was on my chest.
22                    Q.    And which -- when was your leg
23        bending?
24                    A.    My leg, you know, my leg was bent
25        on my buttocks.  Like, you see me set on the leg,
```

1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
2                Q.   So, other than punching you, are
3       you alleging that he did specifically something to
4       you?
5                A.   Yes -- no, besides punching me,
6       yes, he punched me, he punched me.
7                Q.   Okay.  And this was when you were
8       stood up against the wall?
9                A.   The elevator, yeah.
10               Q.   The elevator door.
11               A.   Yeah, elevator door, yeah.
12               Q.   And when -- Daddezio and Reid
13      were each punching you?
14               A.   Right.
15               Q.   Okay.  But apart from punching
16      you, are you alleging he did -- Reid did anything
17      specifically?
18               A.   No, not that I can remember.
19               Q.   Okay.
20               A.   Not that I --
21               Q.   What do you understand to be the
22      reason that Reid, Daddezio and Prescott were engaging
23      in that conduct on May 3rd, 2022?
24               A.   What do you mean by that?
25               Q.   Why do you think they were doing

Associated Reporters Int'l., Inc.                              www.courtsteno.com

1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
2        that to you?
3                    A.   Well, me personally, I believe,
4        not to lie is because they see the struggle that they
5        was putting up with me.  It shouldn't have took that
6        long for them to go through.
7                    They breathing hard trying to get me
8        off the bus all that time and trying to get me
9        upstairs to the draft room and despite what already
10       that took place there with me, years ago and they
11       just got tired of it.
12                   And not just that, me and -- me and
13       one of their boys got into a, you know, a fight, an
14       officer got into an altercation there.
15                   Q.   Which -- which -- is that the
16       altercation we've already discussed?
17                   A.   Yes, with Genovese, yeah.
18                   Q.   Okay.  And -- and -- okay.  So
19       you got -- and how do you -- how did they know about
20       that?  How did Officers Reid, Daddezio and Prescott
21       know about the issue with Genovese?
22                   A.   Because they call -- well, not
23       Daddezio, but Officer Reid, Prescott, they know
24       because they worked there with them.  They are
25       regular call officers that stay.

1   Darnell Green v Terri Armbruster - 2-3-25 - Darnell Green
2                   Q.   Okay.
3                   A.   So, we -- they used to joke
4       around with me, you was the one that's fighting
5       Officer Genovese.  That's good for him, you know,
6       playing around.  That's their power.  They -- they --
7                   Q.   Okay.
8                   A.    -- you know, sometimes they call
9       him a piece of work, a piece of, you know what, but -
10      -
11                  Q.   Did they see what happened
12      between you and Genovese?
13                  A.   No, no.
14                  Q.   Okay.  Other than the May 3rd,
15      2022 incident and the incident with Genovese, have
16      you ever been accused of assaulting an officer?
17                  A.   Anywhere or --
18                  Q.   In DOCCS custody -- in DOCCS
19      custody.
20                  A.   Yeah, my whole disciplinary
21      record is full of assault on correctional officers
22      which they assaulted me, you know, here and there,
23      sir.
24                  Q.   Okay.  So, when you say your
25      whole entire disciplinary history, we had to put a