EXHIBIT 2

1     any type of super negative interactions outside of
2     the scope of him either refusing to follow the
3     orders given while in the program.
4  BY MS. YU:
5     Q.  Before this date of incident, had you ever
6  used force on Mr. Green?
7     A.  I do not recall.  An actual use of force, I do
8  not recall having an actual use of force with II Green.
9  We may have had to like -- I may have had to like
10 separate him from fighting another II, but in
11 comparison to the use of force that happened on May 3rd
12 I don't recall having a use of force with II Green like
13 that, again, our interactions have never been super
14 negative to my recollection.
15    Q.  Okay.  So on May 3, 2022, however, you were
16 involved in an incident with Mr. Green, right?
17    A.  Yes.
18    Q.  Can you just -- just tell me what happened in
19 your own words.
20    A.  Yes, ma'am.  So that day we were expecting a
21 large influx of incarcerated individuals that were
22 coming to the CAR unit, I think it was over 20 IIs were
23 coming; II Green was one of them, he came on a separate
24 bus, and upon being given direction from the
25 transportation officer to exit the bus he refused to

| | |
|---|---|
| DARYL PRESCOTT | JOB NO. 1903648 |
| AUGUST 13, 2025 | |

```
 1   leave I guess because he found out that he was going to
 2   be returned to the CAR unit and he didn't want to go
 3   there, so then I was given a direct order by my
 4   supervisor at the time, I don't recall the sergeant who
 5   it was, but she -- I think it -- it was
 6   Sergeant Wilson, I'm sorry.  Sergeant Wilson was the
 7   sergeant at the time and she directed myself and
 8   officer Klosterman to go out to the bus to get II Green
 9   mainly because we have a report -- we, you know, had a
10   rapport with him being in the CAR unit.  We went out
11   there, we were on the bus with him for at least, I
12   don't know, somewhere between 5-to-10 minutes trying to
13   talk him off the bus, he was adamant that he was not
14   going to CAR and he wasn't leaving, at that point a
15   higher-ranking supervisor showed up, I believe it
16   was -- Captain Barlow, I believe, showed up and he
17   started talking to him for another -- it felt like
18   another 15, 20 minutes, at that point other officers
19   came on the bus, I know one of them was -- at the time
20   it was CO Reed, he was an officer then, and
21   Captain Barlow gave a final direct order for II Green
22   to leave the bus which he denied, or refused rather;
23   Captain Barlow gave us a direct order to remove him
24   from the bus.
25              I didn't make first contact with II Green I
```