EXHIBIT 3

```
 1        Q.   So, I understand, generally, you're
 2   working in the special housing unit at that time
 3   and were in charge of keeping people safe.  What
 4   specific duties did you do?
 5        A.   Perform wellness rounds.  Do feed-ups,
 6   so deliver the meals and provide any escorts to
 7   and from any sort of call-outs or medical
 8   appointments any incarcerated individuals had.
 9        Q.   Would these be appointments they had
10   at Sullivan or outside Sullivan?
11        A.   No, ma'am, at Sullivan.
12        Q.   Prior to May 3rd, 2022, did you know
13   who Mr. Green was?
14        A.   Yes.  He had locked in a program that
15   I had worked in prior to that.
16        Q.   When was that?
17        A.   I don't remember.
18        Q.   Was it close in time to May 3rd, 2022,
19   that you first met him?
20        A.   No.  I would say it was probably a few
21   years before that.
22        Q.   Prior to May 3rd, 2022, how would you
23   characterize all the interactions you had with
24   Mr. Green?
25             MR. CAHN:  Objection, you can answer.
```

```
 1                THE WITNESS:  You said I can answer?
 2                MR. CAHN:  Yes.
 3                THE WITNESS:  I would say that prior
 4         to 2023, on May 3rd, I had a very solid
 5         rapport with incarcerated individual Green.
 6         Like I said, he had been locked in a
 7         housing unit where I was the first officer.
 8         You know, to that point I believe that I
 9         had a very good rapport with him.
10   BY MS. YU:
11       Q.   Had you ever had any incidents
12   involving him before?
13       A.   I don't remember.
14       Q.   But nothing specifically comes to mind
15   right now?
16       A.   No, ma'am.
17       Q.   So, on May 3rd, 2022, on that day were
18   you involved with an incident with Mr. Green?
19       A.   Yes, ma'am.
20       Q.   Can you just tell me what happened?
21       A.   Yes, ma'am.  I was directed by one of
22   my supervisors, Captain Barlow, to report to the
23   draft bus because there was an incarcerated
24   individual refusing to get off the bus.  I did
25   so.  Upon arriving I attempted, along with
```

```
 1   Captain Barlow, to de-escalate the situation.
 2   Incarcerated individual Greene appeared to be
 3   compliant with that direction.
 4             At which point, he stood up.  I
 5   then took control of his waist chain, at which
 6   time he became violent and began struggling.  He
 7   then kicked me in my left knee.  I remember
 8   utilizing body holds to force him to the wall
 9   and then I was assisted by other staff members
10   and we forced him off the bus using body holds.
11             And once we were off the bus, I
12   remember escorting him inside the correctional
13   facility where he remained assaultive and
14   combative the entire time.  In the elevator, I
15   believe we used body holds to force him to the
16   floor again and then we got into facility,
17   medical, where he was again forced to the floor,
18   at which point he then became compliant.
19        Q.   Captain Barlow was your supervisor at
20   the time or the supervisor of this, like off the
21   bus?
22        A.   Yes.  I believe he was called to the
23   area due to a large disturbance.  We were called
24   over there for -- I recall being called over for
25   several incarcerated individuals, who were
```

BRETT REED | JOB NO. 1903646
AUGUST 12, 2025

```
 1   unit, I don't remember inside the medical unit
 2   exactly where my holds were on him.
 3         Q.   Is it typical practice I guess, for
 4   incarcerated individuals to remain in restraints
 5   when they're in medical?
 6         A.   I don't understand the question.
 7         Q.   Were the restraints left on him the
 8   entire time he was in medical?
 9         A.   Yes, ma'am.  We wouldn't remove the
10   restraints from a violent, combative or
11   assaultive incarcerated individual.
12         Q.   Did you say that at some point while
13   you are in medical, someone brought Mr. Green
14   down to the ground?
15         A.   Yes, he was forced to the floor.
16         Q.   Who brought him down to the ground?
17         A.   I remember I helped force him to the
18   floor.  I do not recall and cannot account for
19   anyone else that was there.
20         Q.   Do you recall what you did to force
21   him to the floor?
22         A.   Yes, I utilized body holds.
23         Q.   On what parts of his body?
24         A.   The upper torso.
25         Q.   And was he brought to the floor
```