EXHIBIT 4

```
 1              OFFICER JOSEPH D'ADDEZIO
 2   I don't recall him being like attempting to strike or
 3   do anything like that.  I don't recall.  So when I say
 4   passive resistant, he's still being resistant.  He's
 5   still walking stiff legged, pushing rearward.
 6       Q.    And after the elevator Mr. Green was
 7   brought to the clinic, right?
 8       A.    Correct.
 9       Q.    At some point did he stop being
10   resistant?
11       A.    Yes.
12       Q.    And when was that?
13       A.    It was after we got into the exam room.
14   Again, he was still being resistant.  I think he turned
15   or he did something in the clinic.  After he went to
16   the floor one more time, that's when he pretty much was
17   like I'm all done, that's it or however he said he was
18   going to be compliant at that point.
19       Q.    So what do you mean by went to the floor
20   one more time?
21       A.    So we went -- so, I don't remember
22   exactly what we took him back down to the ground for,
23   but we did take him back down to the ground in the
24   clinic room as he was still being noncompliant.  And
25   then once on the floor, that's when he said that he was
```

```
 1                OFFICER JOSEPH D'ADDEZIO
 2   going to be compliant.
 3        Q.    And you said you don't know the reason
 4   why you brought him down to the ground?
 5        A.    I don't recall.  I don't recall if he
 6   turned towards us.  I don't recall exactly what the
 7   actions were, but they were elevated to the point where
 8   we took him back to the floor.
 9        Q.    Okay.  And by we, you mean yourself and
10   Officer Reed?
11        A.    I believe we still had control of him at
12   that time.  Yes.
13        Q.    What about Officer Closterman, was he
14   there?
15        A.    I don't recall.
16        Q.    Do you recall if Officer Prescott was
17   involved in taking Mr. Green to the ground?
18        A.    I don't recall.
19        Q.    What did you do after Mr. Green became
20   compliant?
21        A.    So after he became compliant I believe he
22   was examined by medical staff.
23        Q.    Were you there still when he was examined
24   by medical staff?
25        A.    I don't believe I was.  I don't recall
```