**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

Green,

                                        Plaintiff,                    **JUDGMENT**

          v.                                                          7:24-CV-03627 (CS)

Reed et al,

                                        Defendants.

-------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial

before the Honorable Cathy Seibel, United States District Judge, and the jury having returned a

verdict in favor of the Defendants as to Plaintiff's outstanding claims, judgment is entered in

favor of the Defendants, and the case is closed.

**DATED:** White Plains, New York
          December 8 , 2025

                                                                     Tammi Hellwig
                                                          _____
                                                                     **Clerk of Court**

**So Ordered:**

                                                          BY:
_____                          _____
          **U.S.D.J.**                                              **Deputy Clerk**